RAY JONES v. PATRICK ARVONIO, ASSISTANT
SUPERINTENDENT RAHWAY STATE PRISON.

May 17, 1983.

Petition for certification denied.